## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Collins, Sherry L

Printed:  5/20/08

Case Number:  08 B 00616
Judge:  Wedoff, Eugene R
Filed:  1/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  March 6, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 400.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One | Unsecured | 0.00 | 0.00 |
| 2. | RMI/MCSI | Unsecured | 0.00 | 0.00 |
| 3. | I C Systems Inc | Unsecured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority |  | No Claim Filed |
| 5. | AT&T | Unsecured |  | No Claim Filed |
| 6. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 7. | Client Collection Services Inc | Unsecured |  | No Claim Filed |
| 8. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 9. | Ocwen Federal Bank FSB | Unsecured |  | No Claim Filed |
| 10. | David L Yanoff | Unsecured |  | No Claim Filed |
| 11. | Herme Sylora MD | Unsecured |  | No Claim Filed |
| 12. | Medical Collections | Unsecured |  | No Claim Filed |
| 13. | MRSI | Unsecured |  | No Claim Filed |
| 14. | West Asset Management | Unsecured |  | No Claim Filed |
| 15. | City County Empl Cr Un | Unsecured |  | No Claim Filed |
| 16. | Hiway Fcu | Unsecured |  | No Claim Filed |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Collins, Sherry L

    Printed:  5/20/08

Case Number:  08 B 00616

Judge:  Wedoff, Eugene R

Filed:  1/11/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: